# Unclaimed Funds

Entered 1/1/2001 to 6/26/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 99-19912 -wch<br>7528733 | CITI CORP DEL LEASE INC<br>450 MAMARONECK AVE., 3/8<br>HARRISON, NY 10528<br>ATTN: GLEN DYKE<br>10528 | 622.60 | 06/26/2013 |
| 99-19912 -wch<br>7528736 | COMMONWEALTH OF MASS REVENUE DEPT<br>PO BOX 9484<br>BOSTON, MA 02205-9484<br>02205-9484 | 456.00 | 06/26/2013 |
| 99-19912 -wch<br>7528738 | COONEY INDUSTRIAL TRUCK<br>250 RICHMOND STREET<br>RAYNHAM MA 02767<br>02767 | 12.12 | 06/26/2013 |
| 99-19912 -wch<br>7528741 | DHJ PLASTICS USA INC<br>180 WHEELER COURT SUITE A<br>LANGHORNE PA 19067<br>19067 | 3,878.78 | 06/26/2013 |
| 99-19912 -wch<br>7528742 | EASTERN EDISON COMPANY<br>PO BOX 15619<br>WORCESTER MA 01615-0619<br>01615-0619 | 1,073.43 | 06/26/2013 |
| 99-19912 -wch<br>7528753 | HOLLIS INSURANCE AGENCY<br>8 ALDRIN ROAD<br>PLYMOUTH MA 02360<br>02360 | 34.18 | 06/26/2013 |
| 99-19912 -wch<br>7528756 | J & L ASSOCIATES<br>PO BOX 499<br>NEW IPSWICH NH 03071<br>03071 | 100.65 | 06/26/2013 |
| 99-19912 -wch<br>7528759 | JOHN A MONIZ ELECTRICAL<br>621 BRAYTON AVE<br>SOMERSET MA 02726<br>02726 | 3,452.76 | 06/26/2013 |

| Case | Debtor ID | Creditor | Amount | Date |
|---|---|---|---|---|
| 99-19912 -wch | 7528731 | CAPETOWN COFFEE DIST<br>PO BOX 1772<br>MANOMET MA 02345<br>02345 | 7.99 | 06/26/2013 |
| 99-19912 -wch | 7528762 | LABOR EXPRESS<br>PO BOX 3041<br>NORTH CANTON OH 44720<br>44720 | 877.10 | 06/26/2013 |
| 99-19912 -wch | 18981333 | c/o Pollack & Flanders LLP<br>185 Devonshire Street<br>Boston, MA 02110<br>02110 | 622.61 | 06/26/2013 |
| 99-19912 -wch | 7528765 | MA HANNA RESIN DISTRIBUTORS<br>MOLUMCO IND PARK<br>1 SCULLEY RD<br>AYER MA 01432<br>01432 | 2,061.62 | 06/26/2013 |
| 99-19912 -wch | 7528766 | MACKIN PALLET CO INC<br>PO BOX 694<br>BRIDGEWATER MA 02324<br>02324 | 58.39 | 06/26/2013 |
| 99-19912 -wch | 7528767 | MALVERN SYSTEMS INC<br>81 LANCASTER AVE, SUITE 216<br>MALVERN, PA 19355<br>19355 | 4.72 | 06/26/2013 |
| 99-19912 -wch | 7528773 | PATRIOT DISPOSAL CO INC<br>787 SNAKE HILL ROAD<br>NORTH SCITUATE RI 02857<br>02857 | 101.28 | 06/26/2013 |
| 99-19912 -wch | 7528784 | RPS INC<br>1000 RPS DR.,<br>CORAOPOLIS, PA 15108<br>15108 | 129.28 | 06/26/2013 |
| 99-19912 -wch | 7528790 | SOMERSET PLASTIC RECYCLING<br>PO BOX 110<br>FALL RIVER MA 02722<br>02722 | 11,903.08 | 06/26/2013 |
| 99-19912 -wch | | SOUTHERN CONTAINER CO | 140.30 | 06/26/2013 |

|  |  |  |  |
|---|---|---|---|
| 7528791 | PO BOX 9049<br>SMITHTOWN MA 11787-9049<br>11787-9049 | | |
| [99-19912 -wch](#)<br>7566221 | Genesis Consulting Services, Inc.<br>21 Worthen Road, 2nd Floor<br>Lexington, MA 02421<br>02421 | 978.77 | 06/26/2013 |
| [99-19912 -wch](#)<br>7714632 | ASSOCIATES CAPITAL BANK<br>DBA: STAPLES CREDIT PLAN<br>PO BOX 7004, DEPT. 82-0003865789<br>SIOUX FALLS, SD 57117<br>57117 | 63.00 | 06/26/2013 |

**Grand Total: 26,578.66**